# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Michael Anthony Savinelli            Docket No. 7:12-MJ-1254-1RJ

### Petition for Action on Probation

COMES NOW Melody M. Eberhardt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Anthony Savinelli, who, upon an earlier plea of guilty to Larceny of Government Property, in violation of 18 U.S.C. § 641, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on June 5, 2013, to a 12 month term of probation under the standard conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Following sentencing, the defendant tested positive for opiates on June 5, 2013. The defendant was drug tested a second time on August 2, 2013. Although the test was negative, the defendant verbally admitted to taking Suboxone in order to help with his addiction to oxycodone. Due to being uninsured, the defendant does not have a current prescription for Suboxone and admitted to obtaining the substance illegally. When confronted about the violation, the defendant was very willing to participate in a substance abuse evaluation and any necessary treatment.

As a sanction for the violation, the supervising officer recommends the conditions of probation be modified to include a requirement that the defendant obtain a substance abuse assessment and attend any treatment recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Michael Anthony Savinelli
Docket No. 7:12-MJ-1254-1RJ
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melody M. Eberhardt
Melody M. Eberhardt
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546
Phone: 910-346-5109
Executed On: August 5, 2013

## ORDER OF COURT

Considered and ordered this __5__ day of __August__, 2013, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge