**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**Southern Division**
**Docket No. 7:12-MJ-1254-1RJ**

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **ORDER MODIFYING AND** |
| **vs.** | ) | |
| | ) | **CONTINUING SUPERVISION** |
| **Michael Anthony Savinelli** | ) | |

On June 5, 2013, Michael Anthony Savinelli appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Larceny of Government Property, in violation of 8 U.S.C. § 641, was sentenced to a 12 month term of probation.

From evidence presented at the revocation hearing on October 24, 2013, the court finds as a fact that Michael Anthony Savinelli, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the supervising probation officer. The defendant shall submit to Radio Frequency (RF) monitoring and abide by all of the program requirements and instructions provided by the probation officer related to the proper operation of the technology. The defendant shall pay for electronic monitoring services as directed by the probation officer.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 24th day of October, 2013.

Robert B. Jones, Jr.
U.S. Magistrate Judge